**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JOSE MANUEL LOPEZ TORRES,**

Petitioner,

v. Civil Action No. **3:26CV869 (RCY)**

**JEFFREY CRAWFORD, *et al.*,**

Respondents.

**FINAL ORDER**

This matter comes before the Court on Respondents' Notice (ECF No. 10) in response to the Court's September 16, 2026 Order (ECF No. 8) granting the Petition and directing Respondents to provide Petitioner an opportunity for a bond hearing. In the Notice, Respondents inform the Court that the Immigration Court held a bond hearing for Petitioner on September 23, 2026, at which time Petitioner was denied bond as a danger to the community. ECF No. 10, at 1.

Since that date, Petitioner has not filed anything further or otherwise contacted the Court. Given that the Court granted Petitioner's Habeas Petition by ordering that Petitioner be provided with an individualized bond hearing, *see* ECF No. 8, and there being no further issues in dispute, the Clerk is DIRECTED to enter judgment in favor of Petitioner and against Respondents as a separate entry on the docket, and to CLOSE this matter.

The Clerk is DIRECTED to send a copy of this Final Order to Petitioner and Respondents.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: October 6, 2026
Richmond, Virginia